B2600 (OHSB)
(12/15)

# United States Bankruptcy Court
## Southern District of Ohio

In re  Michael Andrew Neubig
             Debtor

Plaintiff(s): Capture Educational Consulting Services,
                  Inc.

vs.

Defendant(s):  Michael Andrew Neubig

Case No. 17-54061

Chapter  7

Adv. Proc. No. 17-02150

### ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name:  Michael Andrew Neubig
          6977 Dean Farm Road
          New Albany, OH  43054

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

FILED
2018 FEB 22  PM 12 25
RICHARD JONES
ACTING CLERK OF COURT
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

Date: February 22, 2018

**Richard B. Jones**
*Clerk of the Bankruptcy Court*

By: _____
*Deputy Clerk*