**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: June 12, 2018**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 17-54061 |
| Michael Andrew Neubig, | Chapter 7 |
| Debtor, | Judge Preston |
| | |
| Capture Educational Consulting Services, Inc., | |
| Plaintiff, | |
| v. | Adv. Pro. No. 17-2150 |
| Michael Andrew Neubig, | |
| Defendant. | |

**ORDER DENYING**
**MOTION FOR CONTINUANCE OF JUNE 19ᵀᴴ HEARING (DOC. #21)**

This cause came on for consideration of the Debtor's *Motion for Continuance of June 19th Hearing* (the "Motion") (Doc. #21) filed June 8, 2108. The Court having considered the

Motion finds that it fails to articulate a sufficient basis for the relief sought. Accordingly, it is

**ORDERED AND ADJUDGED** that the Debtor's *Motion for Continuance of June 19th Hearing* (Doc #21) is hereby DENIED.

IT IS SO ORDERED.

Copies to:

Victoria E Powers (electronic service)

Michael Andrew Neubig
6977 Dean Farm Road
New Albany, OH 43054

# # #